﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/18 Archive Date: 11/29/18

DOCKET NO. 180822-545
DATE: November 29, 2018
REMANDED
Service connection for spondylolisthesis is remanded.
Service connection for an acquired psychiatric condition, to include as secondary to spondylolisthesis, is remanded.
Service connection for residuals of a gunshot wound to the upper iliac crest area with neuropathy of the right lower extremity, to include as secondary to spondylolisthesis, is remanded.
REASONS FOR REMAND
On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Veteran chose to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. This decision has been written consistent with the new AMA framework. 
The Veteran served on active duty from October 1961 to August 1962. The Veteran selected the Higher-Level Review lane when he submitted the RAMP election form. Accordingly, the May 2018 RAMP rating decision considered the evidence of record as of the date VA received the RAMP election form. The Veteran timely appealed this RAMP rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ).
In the May 2018 RAMP decision, the AOJ decided all issues on their merits. Therefore, the Board finds that, while not addressed in the RAMP decision, the AOJ implicitly found that new and relevant evidence was submitted to warrant readjudicating the claims for service connection for spondylolisthesis and residuals of a gunshot wound to the upper iliac crest area with neuropathy of the right lower extremity, as the issues would not have been decided on their merits in the May 2018 RAMP decision had new and relevant evidence not been received. The Board is bound by these favorable findings. 
1. Service connection for spondylolisthesis is remanded.
2. Service connection for an acquired psychiatric condition, to include as secondary to spondylolisthesis, is remanded.
3. Service connection for residuals of a gunshot wound to the upper iliac crest area with neuropathy of the right lower extremity, to include as secondary to spondylolisthesis, is remanded.
Prior to the May 2018 rating decision on appeal, the Veteran’s former attorney identified relevant outstanding VA treatment records consisting of approximately 2000 pages from the Louis A. Johnson VAMC dated August 5, 1982 to October 11, 2012. See November 2012 Representative Correspondence. It was the Veteran’s understanding that such records would be obtained electronically and associated with the record. Complete VA treatment records from the date range specified and of the quantity identified have not been associate with the record. Additionally, in an April 2012 statement, the Veteran stated that prior to age 62 he had received Social Security Administration benefits due to mental health disability. A remand is required to allow VA to obtain these records.

The matters are REMANDED for the following action:
1. Obtain the Veteran’s VA treatment records for the period from August 1982 to October 2012 from the Louis A. Johnson VAMC. Please note that in November 2012 correspondence, the Veteran’s former attorney noted that the Veteran had in his possession two sets of records from this facility—one consisting of 1259 pages dated from August 5, 1982 to October 11, 2012, and the other consisting of 841 pages dated from April 19, 1999 to October 11, 2012. If such records are not retrievable through appropriate records gathering channels, please request copies from the Veteran himself.
2. Ask the SSA to provide copies of any records in its possession pertaining to its consideration of the Veteran’s application for SSA disability benefits, to include any medical records considered in making that award.
 
V. Chiappetta
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD L. Bristow Williams, Associate Counsel